IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 16-24825 –JAD
John Sorensen : Chapter 7
Cambria Sorensen :
          *Debtor* :

## DECLARATION OF PATRICK BUTLER

I, Patrick Butler, am employed by BK Global Real Estate Services ("Applicant" or "BKRES"), which is an entity duly licensed as a real estate brokerage by the State of Florida located at 1095 Broken Sound Pkwy NW, Suite 100, Boca Raton, FL 33487. I am Applicant's broker-in-charge and am authorized by Applicant to submit this Declaration on Applicant's behalf in support of the Application to retain BKRES.

Based upon the information discussed below, I believe that Applicant is a disinterested person and does not hold or represent any interest adverse to the interest of the Debtor's estate as that term is defined in Section 101(14) of the Bankruptcy Code.

To the best of my knowledge: (a) neither BKRES nor any of its employees has any connection with the Debtor, its creditors, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein; (b) BKRES and each of its employees are "disinterested persons," as that term is defined in Section 101(14) of the Bankruptcy Code; and (c) neither BKRES nor any of its employees hold or represent any interest adverse to the Debtor's estate.

I have read the application of the Trustee regarding the retention and compensation of BKRES and agree to be bound by the terms and conditions represented therein. I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as fully set forth in the BKRES Agreement.

Verified under penalty of perjury that the foregoing is true and correct this 2 day of June, 2017.

                                                      Patrick Butler
                                                      Corporate Broker
                                                      1095 Broken Sound Pkwy
                                                      NW Suite 100
                                                      Boca Raton, FL 33487
                                                      Phone: 214-256-4515 X 2
                                                      Email: pbutler@bkginc.com

**EXHIBIT C**