## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :   Bankruptcy No. 16-24825-JAD

John Sorensen                                   :   Chapter 7

Cambria Sorensen                                :

           *Debtor*                 :

## VERIFICATION OF DONNA FISCHER

    I, Donna Fischer, a duly licensed real estate agent with Coldwell Banker Real Estate Services ("Coldwell Banker"), hereby states that neither I nor any member of Coldwell Banker hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14).

    I am familiar with the Application to retain Coldwell Banker filed by the Trustee ("Application") and the property described therein.

    Coldwell Banker has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Coldwell Banker does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

    To the best of my information and belief, neither I nor the other members of Coldwell Banker have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee.

    I represent no interest adverse to the Debtor or its estate in the matters upon which I am to be engaged.

    Verified under penalty of perjury that the foregoing is true and correct this 2 day of June, 2017.

Donna  Fischer
Coldwell Banker Real Estate Services
9600 Perry Highway
Pittsburgh, PA 15237
Phone: 412.366.1600
Email: Donnarfischer@aol.com

**EXHIBIT D**