FORM JAD- 003
2/12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | **DEFAULT O/E JAD** |
| JOHN W. SORENSEN<br>CAMBRIA L. SORENSEN<br>*Debtor(s)* | : <br> : <br> : | Bankruptcy No. 16-24825-JAD <br><br> Chapter 7 |
| | : | |
| Natalie Lutz Cardiello, Trustee<br>Movant | : | Related To Doc. No. 21 |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, this 5th day of Jul_____, 2017, upon consideration of the *TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER REAL ESTATE TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330*, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. BK Global Real Estate Services and Coldwell Banker Real Estate are hereby appointed as **Realtor** for the Trustee in this bankruptcy proceeding pursuant to the terms described in the listing agreements attached to the Application for the purpose of acting as the Trustee's Broker in connection with the sale of real estate located at *622 Bascom Avenue, Pittsburgh, PA 15212*. A realtor commission in the amount of *6%* on the sale price is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Cc: Trustee
    Debtor
    Counsel
    Realtor/Broker
    Office of the U.S. Trustee

_____
JEFFERY A. DELLER, Chief Judge
United States Bankruptcy Court

FILED
7/5/17 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA