# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: gamr | Date Created: 7/5/2017 |
| Case: 16−24825−JAD | Form ID: pdf900 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | John W. Sorensen | 622 Bascom Ave | Pittsburgh, PA 15212−1008 | | |
| jdb | Cambria L. Sorensen | 622 Bascom Ave | Pittsburgh, PA 15212−1008 | | |
| r | BK Global Real Estate Services | 1095 Broken Sound Pkwy NW | Suite 100 | Boca Raton, FL 33487 | |
| r | Coldwell Banker Real Estate | 9600 Perry Highway | Ste 200 | Pittsburgh, PA 15237 | |

TOTAL: 4