# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-24825-JAD |
| John W. Sorensen | : | Chapter 7 |
| Cambria L. Sorensen | : | Judge Jeffery A. Deller |
| | : | ********************************* |
| Debtor(s). | : | |
| | : | |
| U.S. Bank National Association, as | : | Date and Time of Hearing |
| Trustee, for Residential Asset | : | Place of Hearing |
| Securities Corporation, Home Equity | : | September 5, 2017 at 10:00 a.m. |
| Mortgage Asset-Backed Pass- | : | |
| Through Certificates, Series 2006- | : | |
| EMX7 | : | Courtroom D, 54th Floor |
| Movant, | : | U.S. Steel Tower |
| | : | 600 Grant Street |
| vs. | : | Pittsburgh, PA 15219 |
| | : | |
| | : | |
| John W. Sorensen | : | |
| Cambria L. Sorensen | : | |
| | : | |
| Natalie Lutz Cardiello | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7 has filed a Motion For Abandonment of Real Property With 30 Day Waiver with the Court to permit U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7 to foreclose on the real property at 622 Bascom Avenue, Pittsburgh, PA 15237.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 21, 2017, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

17-000365_FXF

**Clerk, U.S. Bankruptcy Court**
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA, 15219

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B.  Mail a copy to the Creditor's attorney and the below listed:

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA  15106

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Jeffery A. Deller on September 5, 2017 at 10:00 a.m. in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  _August 4, 2017_

17-000365_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **John W. Sorensen** | : | Case No.: 16-24825 |
| **Cambria L. Sorensen** | : | Chapter 7 |
| | : | Judge Jeffery A. Deller |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7** | : | Date and Time of Hearing |
| | : | Place of Hearing |
| | : | September 5, 2017 at 10:00 a.m. |
| | : | _____ |
| **Movant,** | : | |
| | : | Courtroom D, 54th Floor |
| vs. | : | U.S. Steel Tower |
| | : | 600 Grant Street |
| | : | Pittsburgh, PA 15219 |
| **John W. Sorensen** | : | |
| **Cambria L. Sorensen** | : | |
| | : | |
| **Natalie Lutz Cardiello** | : | |
| | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE OF MOTION FOR ABANDONMENT OF REAL PROPERTY WITH 30 DAY WAIVER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>August 4, 2017</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>regular U.S. mail, electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for

17-000365_FXF

each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:   August 4, 2017

By:  /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

17-000365_FXF

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Natalie Lutz Cardiello, Chapter 7 Trustee, 107 Huron Drive, Carnegie, PA  15106 (notified by ecf)

Jason L. Karavias, Attorney for Debtor, 239 4th Avenue, Suite 1603, Pittsburgh, PA  15222 (notified by ecf)

John W. Sorensen and Cambria L. Sorensen, Debtor, 622 Bascom Ave, Pittsburgh, PA  15212 (notified by regular US Mail)

John W. Sorensen and Cambria L. Sorensen, Debtor, 622 Bascom Avenue, Pittsburgh, PA 15237 (notified by regular US Mail)

Ocwen Loan Servicing LLC, Party of Interest, PO Box 660264, Dallas, TX  75266-0264 (notified by regular US Mail)

PA Housing Finance Agency HEMAP, Party of Interest, PO Box 1506, Harrisburg, PA 17105-5206 (notified by regular US Mail)

17-000365_FXF