IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-24825-JAD |
| JOHN W. SORENSEN<br>CAMBRIA L. SORENSEN<br>*Debtor* | Chapter 7<br><br>Related To Doc. No. 59 |
| Natalie Lutz Cardiello, Trustee | |
| Movant | |
| v. | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; Ross Township; North Hills School District; Keystone Collections Group; U.S. Bank, National Association as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-EMX7; MERS, Inc. as nominee for Mortgage Lenders Network USA, Inc.; and Pennsylvania Housing Finance Agency | |
| Respondents | |

### ORDER CONFIRMING SALE OF PROPERTY
### FREE AND DIVESTED OF LIENS

This **6th** day of **Febns**, 20**18** on consideration of the Trustee's *Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances* to M. Kent Moorhead, II and Sharon A. Moorhead, 855 Benton Ave., Pittsburgh, PA 15212 for $170,000, after hearing held in Courtroom D, this date. Regarding said Motion the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for sale, viz:

| DATE OF SERVICE<br>*(Date of each service)* | NAME OF LIENOR AND SECURITY<br>*(Name and address of each)* |
|---|---|
| January 8, 2018 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA  19101-7346 |
| January 8, 2018 | The Attorney General of the United States<br>Civil Division, Bankruptcy Section<br>US Department of Justice<br>Washington, D.C. 20530-0001 |
| January 8, 2018 | United States Attorney's Office<br>Western District of Pennsylvania<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| January 8, 2018 | Office of the United States Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |
| January 8, 2018 | Pennsylvania Department of Revenue<br>Department 280946<br>Attn:  Bankruptcy Division<br>Harrisburg, PA 17128-0946 |
| January 8, 2018 | Christos A. Katsaounis, Esquire<br>Office of Chief Counsel<br>Department 28106<br>Harrisburg, PA 17128 |
| January 8, 2018 | John Weinstein, Allegheny County Treasurer<br>Room 109 Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219 |
| January 8, 2018 | Jordan Tax Service<br>102 Rahway Road<br>McMurray, PA 15317 |
| January 8, 2018 | North Hills School District, Tax Office<br>135 6th Avenue<br>Pittsburgh, PA 15229 |
| January 8, 2018 | Ross Township<br>1000 Ross Municipal Drive<br>Pitts burgh, PA 15237 |

| | |
|---|---|
| January 8, 2018 | Keystone Collections Group<br>546 Wendel Road, Suite 100<br>Irwin, PA 15642 |
| January 8, 2018 | U.S. Bank National Association<br>Attn: Andrew J. Cecere, CEO<br>3476 Stateview Blvd.<br>Fort Mills, SC 29715 |
| January 8, 2018 | MERS, Inc.<br>Bill Beckmann, President and CEO<br>1818 Library Street, Ste 30<br>Reston, VA 20190 |
| January 8, 2018 | Pennsylvania Housing Finance Agency<br>Brian A. Hudson, Sr., Exec. Dir.<br>211 N. Front Street<br>Harrisburg, PA 17101 |
| January 8, 2018 | M. Kent and Sharon Moorhead<br>855 Benton Ave.<br>Pittsburgh, PA 15212 |
| January 8, 2018 | John and Cambria Sorensen<br>386 Longwood Drive<br>Eagle, ID 83616 |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown by the certificate of service duly filed and that the named parties were duly served with the Complaint/Motion.

(3) That sale hearing was duly advertised on the Court's website pursuant to W.PA.LBR 6004-1(c) on **January 8, 2018**, in the Pittsburgh Legal Journal on **January 19, 2018** and in the Pittsburgh Post-Gazette on **January 13, 2018**, as shown by the Proof of Publications duly filed.

4) That at the sale hearing no higher offers were received and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of *$170,000* offered by *M. Kent Moorhead, II and Sharon A. Moorhead* is a full and fair price for the property in question.

(6) That the purchaser is acting in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986).

**IT IS ORDERED, ADJUDGED AND DECREED** that the private sale by *Special Warranty* deed of the real property described in the Motion as **622 Bascom Ave., Pittsburgh, PA 15212** is hereby confirmed to **M. Kent Moorhead, II and Sharon A. Moorhead** for **$170,000**, free and divested of all liens; and, that the Trustee shall make, execute and deliver to the purchaser above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale.

The property is sold "AS IS", "WHERE IS" without representations or warranties of any kind whatsoever, and the participation of the purchaser in the sale process shall constitute an agreement and representation that the purchaser has inspected the property, and is purchasing the same solely on the basis of such inspections, and not as the result of any representation of any kind whatsoever by the Estate/debtor, or its/his/her agents, except as otherwise set forth herein.

The purchaser is deemed to have released any and all claims he/she/they may have against the Trustee/Estate, or any of them, or that he/she/they may hereafter acquire against them, or either of them, known and/or unknown, under federal and/or state law, for any environmental liability or claim, including but not limited to "CERCLA" or any similar statutes arising out of conditions in, on, or about the property so purchased.

**IT IS FURTHER ORDERED** that the liens, claims and interests of all Respondents, including but not limited to United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; Ross Township; North Hills School District; Keystone Collections Group; U.S. Bank, National Association as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-EMX7 ("U. S. Bank"); MERS, Inc. as nominee for Mortgage Lenders Network USA, Inc.; and Pennsylvania Housing Finance Agency, be, and they hereby are divested from the property being sold and from the proceeds from the sale.

**FURTHER ORDERED** that after due notice to the claimants, lien creditors, and interest holders, and no objection on their parts having been made or, if made, resolved/overruled, the incidental and related costs of sale and of the within bankruptcy proceeding, shall be paid in advance of any distribution to said lien creditors.

FURTHER ORDERED that U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7 ("Creditor") has granted short sale approval with acceptable net sale proceeds in the amount of $144,339.41. Creditor's lien shall be paid in accordance with the terms of the Short Sale Approval Notice dated November 30, 2017. If there is a change in buyer, sale price or closing date, the Trustee is required to obtain a new short sale approval from Creditor prior to selling the property.

**FURTHER ORDERED** that applicable real estate taxes and ordinary closing costs, municipal lien claims, including the realtor commission, as well as the $7,600 due to the bankruptcy estate, will be paid in accordance with the Short Sale Approval Notice dated November 30, 2017.

**FURTHER ORDERED** that the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the purchaser, and the attorney for the purchaser, if any, and file a certificate of service.

**FURTHER ORDERED** that closing shall occur within thirty (30) days from the entry of this Order, and the Movant shall file a report of sale within seven (7) days following closing.

**FURTHER ORDERED** that this Confirmation Order survives any dismissal or conversion of the within case.

Dated: February 6, 2018

_____  2-6-2018
JEFFERY A. DELLER, Chief Judge
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
Natalie Lutz Cardiello, Esquirre
John W. and Cambria L. Sorensen
Jason L. Karavias, Esquire

FILED
2/6/18 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA