IN THE UNITED STATES BANKRUPTCY COURT
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-24825-JAD |
| | : | |
| JOHN W. SORENSEN | : | Chapter 7 |
| CAMBRIA L. SORENSEN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; Ross Township; North Hills School District; Keystone Collections Group; U.S. Bank, National Association as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-EMX7; MERS, Inc. as nominee for Mortgage Lenders Network USA, Inc.; and Pennsylvania Housing Finance Agency | : | |
| | : | |
| Respondents | : | |

**REPORT OF SALE**

An auction sale was conducted on February 6, 2018 in connection with the sale of 622 Bascom Ave., Pittsburgh, PA 15212 to M. Kent Moorhead, II and Sharon A. Moorhead. The sale price was $170,000

Closing was held on February 21, 2018. A copy of the ALTA Settlement Statement is attached hereto as Exhibit "A".

The net settlement proceeds to the estate will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*_____
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043

Dated:   February 22, 2018