| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

File No./Escrow No.: 17502
Print Date & Time: 2/20/2018 9:44:01 AM
Officer/Escrow Officer: AVID SETTLEMENT, INC.
Settlement Location: 410 ROUSER ROAD SUITE 402 MOON TOWNSHIP, PA 15108

Property Address: 622 Bascom Avenue Pittsburgh, PA 15212
Buyer: Merle Kent Moorhead, II and Sharon A. Moorhead
    855 Benton Avenue Pittsburgh, PA 15212
Seller: Natalie Lutz Cardiello, BK Trustee for the Estate of John W. Sorensen and Cambria L. Sorensen
    107 Huron Drive Carnegie, PA 15106
Lender: Victorian Finance, LLC
    2570 Boyce Plaza Road  Pittsburgh, PA 15241
Type of Loan: Conventional  Loan #: 1801218400  MIC #:
Settlement Date: 2/21/2018
Disbursement Date: 2/21/2018

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $170,000.00 | Sales Price of Property | $170,000.00 | |
| | | Deposit including earnest money | | $8,500.00 |
| | | Loan Amount | | $161,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $1,000.00 | | 3rd MTG. PAYOFF -PHFA | | |
| | $880.77 | Assessments from 2/21/2018 to 6/30/2018 | $880.77 | |
| $54.83 | | City/Town Taxes from 1/1/2018 to 2/21/2018 | | $54.83 |
| | $517.94 | County Taxes from 2/21/2018 to 12/31/2018 | $517.94 | |
| | | | | |
| | | **Loan Charges to Victorian Finance, LLC** | | |
| | | 2570 Boyce Plaza Road  Pittsburgh, PA 15241 | | |
| | | Prepaid Interest from 2/21/2018 to 3/1/2018 | $161.52 | |
| | | Processing Fee to Victorian Finance | $995.00 | |
| | | Underwriting Fee to Victorian Finance | $110.00 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Credit Report Fee to Lender | $27.45 | |
| | | | | |
| | | **Impounds** | | |
| | | Aggregate Adjustment | -$574.60 | |
| | | COUNTY TAX  1mo @ $50.33/mo | $50.33 | |
| | | Homeowner's Insurance  2mo @ $64.58/mo | $129.16 | |
| | | LOCAL TAX  8mo @ $32.70/mo | $261.60 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| | | | | |
|---|---|---|---|---|
| | | SCHOOL TAX 8mo @ $207.68/mo | $1,661.44 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Protection Ltr to Chicago Title | $125.00 | |
| | | Title - Document Prep Fee to AVID SETTLEMENT | $95.00 | |
| | | Title - Lender's Endorsements: to AVID SETTLEMENT (100/300/900) | $150.00 | |
| | | Title - Lender's Title Insurance ($161,500.00) to AVID SETTLEMENT | $1,378.40 | |
| | | Title - Notary Fee to AVID SETTLEMENT | $15.00 | |
| | | Title - Owner's Title Insurance (optional) ($170,000.00) to AVID SETTLEMENT | $45.60 | |
| $150.00 | | Title - Settlement Fee to AVID SETTLEMENT | $150.00 | |
| | | | | |
| | | **Commission** | | |
| $3,400.00 | | Real Estate Commission to Achieve Realty | $345.00 | |
| $3,400.00 | | Real Estate Commission to BK Global Real Estate | | |
| $3,400.00 | | Real Estate Commission to Coldwell Banker | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Record Deed: to Dept. of Real Estate | $166.75 | |
| | | Record Mortgage: to Dept. of Real Estate | $166.75 | |
| $850.00 | | Transfer Tax Deed County to City / County | $850.00 | |
| $850.00 | | Transfer Tax State Deed to State of Pennsylvania | $850.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| $148,208.17 | | Payoff of First Mortgage Loan | | |
| | | Principal Balance () | | |
| | | Interest on Payoff Loan () | | |
| | | Additional Payoff fees ($0.00) | | |
| | | | | |
| $1,475.10 | | Payoff of Second Mortgage Loan | | |
| | | Principal Balance () | | |
| | | Interest on Payoff Loan () | | |
| | | Additional Payoff fees ($0.00) | | |
| | | | | |
| | | **Miscellaneous** | | |
| $111.25 | | 2018 County Tax (114-B-270) to ALLEGHENY COUNTY TREASURER | | |
| $492.74 | | 2018 County Tax (114-B-272) to ALLEGHENY COUNTY TREASURER | | |
| $7,600.00 | | Bankruptcy Estate Fee to Court Order Bankruptcy Estate Distribution | | |
| $23.31 | | Est. Final Sewage (Sorenson) to JORDAN TAX SERVICE | | |
| $23.31 | | Est. Final Sewer (Roberts) to JORDAN TAX SERVICE | | |
| | | Homeowner's Insurance Premium to ERIE INSURANCE | $775.00 | |
| $360.00 | | Lien Letters/ Tax Certs to AVID SETTLEMENT | | |

| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| $171,398.71 | $171,398.71 | Subtotal | $179,333.11 | $170,054.83 |
|  |  | Due From/To Borrower | $0.00 | $9,278.28 |
| $0.00 | $0.00 | Due From/To Seller |  |  |
| $171,398.71 | $171,398.71 | Totals | $179,333.11 | $179,333.11 |

Copyright 2015 American Land Title Association.
All rights reserved.

**ALTA Settlement Statement Acknowledgment**

| | |
|---|---|
| Buyer: | Merle Kent Moorhead, II and Sharon A. Moorhead |
| | 855 Benton Avenue Pittsburgh, PA 15212 |
| Seller: | Natalie Lutz Cardiello, BK Trustee for the Estate of John W. Sorensen and Cambria L. Sorensen |
| | 107 Huron Drive Carnegie, PA 15106 |
| Lender: | Victorian Finance, LLC |
| | 2570 Boyce Plaza Road Pittsburgh, PA 15241 |
| Settlement Agent: | AVID SETTLEMENT, INC. |
| Settlement Location: | 410 ROUSER ROAD SUITE 402 MOON TOWNSHIP, PA 15108 |
| Loan Information: | Type of Loan: Conventional  Loan #: 1801218400  MIC #: |
| Settlement Date: | 2/21/2018 |
| Disbursement Date: | 2/21/2018 |
| Property Address: | 622 Bascom Avenue Pittsburgh, PA 15212 |

We/I have carefully reviewed the ALTA Settlement Statement prepared by AVID SETTLEMENT, INC. and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize AVID SETTLEMENT, INC. to cause the funds to be disbursed in accordance with this statement.

By: _____ Borrower
Merle Kent Moorhead, II

By: _____ Seller
Natalie Lutz Cardiello, BK Trustee
for the Estate of John W. Sorensen
Natalie Lutz Cardiello, Trustee

By: _____ Borrower
Sharon A. Moorhead

AVID SETTLEMENT, INC.

_____
Cheryl Laney

WARNING: Is it a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonement. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

File #17502
Page 1 of 1    Printed on 2/20/2018 at 9:44 AM