SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  Intake Clerk *

       2.  Case Administrator

UC

FROM:  Financial Administrator

DATE: 6/7/2018

CASE NAME: Sorensen

CASE NUMBER: 16-24825-JAD

Check Number 50013 in the amount of $ 2.66 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 14222         Intake Clerk's Initials [signature]

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

Date: 06/06/18            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Check Number 50013 Dated 06/06/18

Case Number 16-24825 - SORENSEN, JOHN W.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **VERIZON**<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 000010 | 58.62 | 2.66 |
| ---------- Remittance Total --------------- | | **58.62** | **2.66** |

*[signature]*
NATALIE LUTZ CARDIELLO, ESQUIRE, Trustee